STATE of Missouri, Respondent,

v.

David L. MOORE, Appellant.

David Lee MOORE, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 50771, WD 52251.

Missouri Court of Appeals, Western District.

Submitted July 22, 1996.

Decided Oct. 1, 1996.

Judith C. LaRose, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Attorney General, Jefferson City, for respondent.

Before HANNA, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM:

David L. Moore appeals the judgment of conviction for the offense of burglary in the second degree, § 569.170, RSMo 1994, and the offense of stealing, § 570.030, RSMo 1994. He was sentenced to serve two years on each offense, to be served consecutively. Moore also appealed from the denial of his Rule 29.15 motion. Moore did not raise a claim of error relating to the denial of his Rule 29.15 motion and, thus, he abandoned that portion of his appeal. That portion of his appeal is dismissed.

The judgment is affirmed. The decision is without precedential value. A memorandum of the reasons for the decision has been furnished to the parties. Rule 30.25(b).